Joseph T. Deters, Hamilton County Prosecuting Attorney, and Rachel Lipman Curran, Assistant Prosecuting Attorney, for appellee Joseph T. Deters.

Raymond T. Faller, Hamilton County Public Defender, and Daniel F. Burke Jr., Assistant Public Defender, for appellee Daniel F. Burke Jr.

IN RE C.C.S.

2016-Ohio-7472.]

(No. 2016–0395—Submitted August 31, 2016—Decided October 27, 2016.)

{¶ 1} The cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, and O'NEILL, JJ., concur.

PFEIFER, KENNEDY, and FRENCH, JJ., dissent.

Steven E. Hillman, for appellant, C.L.S.

A. Patrick Hamilton; and Tucker Ellis, L.L.P., and Jon W. Oebker, for appellee, Adoption by Gentle Care.

Erik L. Smith, urging reversal for amici curiae Ohio Birthparent Group and Kate Livingston, Ph.D.

Julia Cain; and Ginn Law Office, L.L.C., and Barbara Thornell Ginn, urging affirmance for amicus curiae American Academy of Adoption Attorneys.